## Riegel et ux. *v.* Wilt, Appellant.

Argued October 29, 1930.

Before Trexler, P. J., Keller, Linn, Gawthrop, Cunningham, Baldrige and Whitmore, JJ.

*R. H. Klein* of *Knight, Taggart, Klein and Reich,* for appellant.

*Samuel Gubin* of *Cummings and Gubin,* for appellee.

Per Curiam, October 31, 1930:

This appeal is from an order granting a new trial in an action of trespass. No question requiring discussion is raised. The judgment is affirmed.